**IT IS ORDERED as set forth below:**



**Date: July 13, 2021**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 13 |
| **LETRICIA ANN JOHNSON,** | ) |
| | ) CASE NO. **19-69984-LRC** |
| Debtor. | ) |

**ORDER ON MOTION TO SELL REAL ESTATE AND
DISBURSEMENT OF FUNDS**

On June 25, 2021, Debtor filed a *Motion to Sell Real Estate and Disbursement of Funds* (Doc. No. 44) (the "Motion"), seeking an order to sell the Debtor's property located at 1240 Huntington Place Cir, Lithonia, DeKalb, Georgia 30058 (the "Property"). The Motion was scheduled to be heard on July 13, 2021 at 9:15AM in Courtroom 1204. Debtor contends service was proper on all interested parties. On July 8, 2021, Wells Fargo Bank, N.A. (the "Respondent"), filed a *Response to Motion to Sell Real Property filed by Brian K. Jordan on behalf of Wells Fargo Bank, N.A.* (Doc. No. 49). The parties have subsequently reached an agreement. At the hearing, counsel for the Debtor and for the Chapter 13 Trustee appeared. It is hereby

**ORDERED** that Debtor's Motion, is **GRANTED**. Debtor may proceed with the sale of the Property pursuant to the following conditions:

1. Creditor's Claim shall be paid off in full or in accordance with any short sale approval authorized by Creditor before satisfying any other lien on the Property.

2. Creditor shall be permitted to submit an updated payoff demand to the applicable escrow or title company facilitating the sale so that Creditor's Claim is paid in full at the time the sale of the Property is finalized.

3. In the event that the sale of the Property does not take place, Creditor shall retain its Lien for the full amount due under the Subject Loan.

**IT IS FURTHER ORDERED** that after the payment of all liens, encumbrances, and costs of sale, the closing attorney shall remit sufficient net proceeds to the Chapter 13 Trustee for distribution to creditors pursuant to the terms of the confirmed Chapter 13 Plan, with a one hundred percent (100%) dividend to general unsecured creditors.

**[END OF DOCUMENT]**

Prepared by:

/s/
Samuel O. Shoaga
GA Bar No.: 720095
The Semrad Law Firm, LLC
235 Peachtree Street NE
Suite 300
Atlanta, Georgia 30303
(678) 668-7160
**Attorney for the Debtor**

Consented by:

*With express permission* /s/
Brian K. Jordan
GA Bar No: 113008
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road NE Suite 500
Atlanta, GA 30305
(404) 994-7400
**Attorney for Wells Fargo Bank, N.A.**

No opposition by:

*With express permission* /s/
Mandy K. Campbell
GA Bar No: 142676
Attorney for the Chapter 13 Trustee
Melissa J. Davey
260Peachtree Street NW #200
Atlanta, GA 30303
(678) 510-1444
**Attorney for the Trustee**

**DISTRIBUTION LIST**

Samuel O. Shoaga
The Semrad Law Firm, LLC
235 Peachtree Street NE
Suite 300
Atlanta, GA 30303

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Letricia Ann Johnson
1240 Huntington Place Cir
Lithonia, GA 30058

Brian K. Jordan
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road NE Suite 500
Atlanta, GA 30305